IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 93-00093-01-CR-W-ODS |
| GARRON S. HAYNES, | ) | |
| Defendant. | ) | |

O R D E R

On January 26, 2009, counsel for Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by Dr. Lea Ann Preston Baecht, Ph.D., and a competency hearing was held before United States Magistrate Judge Robert Larsen on May 4, 2009. The parties stipulated to Dr. Baecht's report. Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is incompetent to proceed. It is further

ORDERED that Defendant be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. §4241(d).

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: May 11, 2009     UNITED STATES DISTRICT COURT