IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 93-00093-01-CR-W-ODS |
| GARRON S. HAYNES, | ) | |
| Defendant. | ) | |

O R D E R

On January 26, 2009, counsel for Defendant filed a motion for a judicial determination of mental competency.  On May 11, 2009, the Court found Defendant incompetent to proceed and ordered Defendant be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. §4241(d).

Defendant was then examined by Maureen Reardon, Ph.D., and Ralph Newman, N.D., who prepared a report dated October 20, 2009.  During a hearing held before United States Magistrate Judge Robert Larsen on December 8, 2009, Defendant and the government stipulated to the contents of the report.

Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety and that Defendant is competent to understand the proceedings pending against him and to properly assist in his defense.

                */s/ Ortrie D. Smith*
                ORTRIE D. SMITH
                United States District Judge

Kansas City, Missouri
December _14_, 2009